IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
          FILED

       APR 2 2 2021

CLERK, U.S. DISTRICT COURT
By_____
           Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CR-38-Z-BR-(2) |
| | § | |
| CATRINA  PALMER | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On April 7, 2021, the United States Magistrate Judge issued a Report and Recommendation

Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause.

Defendant Catrina  Palmer filed no objections to the Report and Recommendation within the

fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all

relevant matters of record in the above referenced cause—including the elements of the offense,

Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that

the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby

ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the

guilty plea of Defendant Catrina  Palmer was knowingly and voluntarily entered; ACCEPTS the

guilty plea of Defendant Catrina  Palmer; and ADJUDGES Defendant Catrina  Palmer guilty of

Count Two in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Sentence will be imposed in

accordance with the Court's sentencing scheduling order.

**SO ORDERED**, April 22, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE